IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| EVERIST WARE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-519 |
| § | |
| HOMECOMINGS FINANCIAL § | |
| NETWORK, INC., § | |
| § | |
| Defendant. § | |

### ORDER

In this Cause, which was removed to this Court on August 4, 2006, the Clerk's Office notified the Court that Attorney Constance Y. Singleton, representing Plaintiff herein, has been disbarred from federal practice by the United States Court of Appeals for the Fifth Circuit. Accordingly, the Court, on August 9, 2006, entered an Order requiring Attorney Singleton to provide the Court with either a Motion to Withdraw or documentation indicating that this information was in error. Despite being given ten (10) days to file said documentation, Attorney Singleton has filed nothing. Accordingly, it is **ORDERED** that Attorney Singleton be removed as the attorney of record for this case. Plaintiff is **ORDERED** to retain new counsel, who must file an appearance within ninety (90)days. Attorney Singleton is **ORDERED** to provide a copy of this Order to her client within three (3) days. Though the Court is not currently ordering sanctions, failure to comply with this Order will result in sanctions, up to and including a citation for contempt.[1]

---

[1] The Court does not consider this Order worthy of publication. Therefore, it has not requested and does not authorize publication.

**IT IS SO ORDERED.**

**DONE** this 8th day of September, 2006 at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge